UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES EARL HARVEY, | No. 3:10-CV-04891 RS (NJV) |
| Plaintiff, | ORDER RE SETTLEMENT CONFERENCE |
| v. | |
| CORRECTIONAL OFFICER R. DROWN, et al., | |
| Defendants. | |

A settlement conference is scheduled in this case for 10:00 a.m. on December 7, 2012, at Pelican Bay State Prison. The court has been informed that defense counsel has been granted settlement authority by the CDCR. Accordingly, the requirement that a legal representative of the CDCR be present at the meet and confer and at the settlement conference is HEREBY VACATED.

IT IS SO ORDERED.

Dated: November 7, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES EARL HARVEY, | No. 3:10-CV-04891 RS (NJV) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CORRECTIONAL OFFICER R. DROWN, et al, | |
| Defendants. / | |

I, the undersigned, hereby certify that on November 7, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

James Earl Harvey
C-48884
Pelican Bay State Prison
P O Box 7500
Crescent City, CA 95532

Courtesy copy sent to:

Litigation Coordinator Bill Barnts
Pelican Bay State Prison
PO Box 7000
Crescent City, CA 95531-7000


Dated: November 7, 2012

/s/ *Linn Van Meter*
Linn Van Meter
Administrative Law Clerk to
The Honorable Nandor J. Vadas

2