UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES EARL HARVEY, | No. 3:10-CV-04891 RS (NJV) |
| Plaintiff, | ORDER RE SETTLEMENT CONFERENCE |
| v. | |
| CORRECTIONAL OFFICER R. DROWN, et al., | |
| Defendants. | |

A settlement conference is scheduled in this case for 10:00 a.m. on December 7, 2012, at Pelican Bay State Prison. The court has been informed that defense counsel has been granted settlement authority by the CDCR. Accordingly, the requirement that a legal representative of the CDCR be present at the meet and confer and at the settlement conference is HEREBY VACATED.

IT IS SO ORDERED.

Dated: November 7, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3   IN THE UNITED STATES DISTRICT COURT
4   FOR THE NORTHERN DISTRICT OF CALIFORNIA
5   EUREKA DIVISION
6
7   JAMES EARL HARVEY,                                  No. 3:10-CV-04891 RS (NJV)
8           Plaintiff,                                  **CERTIFICATE OF SERVICE**
9   v.
10  CORRECTIONAL OFFICER R. DROWN, et al,
11          Defendants.                       /
12
13      I, the undersigned, hereby certify that on November 7, I served a true and correct copy of the
14  attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by
15  depositing said envelope in the U.S. Mail.
16  James Earl Harvey
17  C-48884
    Pelican Bay State Prison
18  P O Box 7500
    Crescent City, CA 95532
19
20  Courtesy copy sent to:
21  Litigation   Coordinator Bill Barnts
    Pelican Bay State Prison
22  PO Box 7000
    Crescent City, CA  95531-7000
23
24
    Dated: November 7, 2012
25
26              /s/ *Linn Van Meter*
                Linn Van Meter
27              Administrative Law Clerk to
                The Honorable Nandor J. Vadas
28

2