*E-Filed 5/20/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EARL HARVEY, | No. C 10-4891 RS (PR) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| R. DROWN, et al., | |
| Defendants. | |

The parties have settled this civil rights action. Pursuant to their stipulation of settlement, which the Court construes as containing a motion for voluntary dismissal (Docket No. 49), the action is DISMISSED. *See* Fed. R. Civ. P. 41(a)(1). As stipulated by the parties, this dismissal is WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff's motion to proceed *in forma pauperis* (Docket No. 42) is DENIED as moot. The Clerk shall terminate Docket Nos. 42 and 49, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: May 20, 2013

RICHARD SEEBORG
United States District Judge